## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                  **Case No. 3:05cr91/LAC**

**KENT DEWATER**
**and**
**VICTORIA DEWATER**

_____

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought

forfeiture of all property of the defendants, **KENT DEWATER and VICTORIA DEWATER,**

pursuant to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and 846, and 853,

as property constituting, or derived from, proceeds obtained directly or indirectly from the

violations set forth in Counts One, Two, Three and Four of said indictment and/or property used

or intended to be used to commit or promote the commission of the offenses set forth in said

indictment, to wit:  that the defendants did unlawfully combine, conspire, confederate and agree

to distribute and possess with intent to distribute methamphetamine, that the defendants did

knowingly and intentionally possess with intent to distribute methamphetamine, that the

defendants possessed firearms in furtherance of these drug trafficking offenses, and that the

defendants operated and maintained a residence for the purpose of distributing and possessing a

mixture and substance containing a detectable amount of methamphetamine.

AND WHEREAS, on or about December 1, 2005, defendants, **KENT DEWATER and VICTORIA DEWATER,** pled guilty to the violations set forth in the indictment and consented to forfeiture in their plea and cooperation agreements;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 21, United States Code, Section 853(a)(1) and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1.      That all of defendants' right and interest in the items described below is hereby forfeited to and vested in the United States of America.

2.      That the items which are subject to forfeiture in this Order is as follows:

(A)      The property and residence at 5100 Rowe Trail, Pace, Florida 32571.

(B)      A 2001 Ford 150 truck, bearing VIN#1FTZF17281NA03073.

(C)      Approximately $1311.

3.      That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendants **KENT DEWATER and VICTORIA DEWATER** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 6th  day of December, 2005.


s/L. A. Collier
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE