IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                    Case No. 3:05cr91/LAC

KENT DEWATER
and
VICTORIA DEWATER
_____/

**FINAL ORDER OF FORFEITURE AS TO DEFENDANTS
KENT DEWATER AND VICTORIA DEWATER**

WHEREAS, on December 6, 2005, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), based upon the defendants' guilty plea to the indictment in this action, and the attached forfeiture provision thereto, of the property and residence listed as 5100 Rowe Trail, Pace, Florida, 32571;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendants **Kent Dewater and Victoria Dewater** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

That all of defendants **Kent Dewater's and Victoria Dewater's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and

that said forfeiture is now final as to defendants **Kent Dewater and Victoria Dewater** for all purposes.

IT IS SO ORDERED this 13th day of February 2006.

                                                      *s/L.A. Collier*
                                                      LACEY COLLIER
                                                      SENIOR UNITED STATES DISTRICT JUDGE