IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                             CASE NO: 3:05cr91/LAC

KENT DEWATER,

    Defendant.

_____/

**AMENDED ORDER**

The Court's Order dated 13 February 2006 (doc 41) is amended to the extent that the evaluation period shall end on May 19, 2006.

In all other respects, the Court's order of February 13, 2006 remains in full force and effect.

**ORDERED** this 25th day of April 2006.

                                                    s/*L.A. Collier*
                                              LACEY A. COLLIER
                                      Senior United States District Judge