IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 3:05cr91/LAC

KENT DEWATER and
VICTORIA DEWATER
_____/

FINAL ORDER OF FORFEITURE AS
TO ALL PERSONS AND ENTITIES

WHEREAS, on February 13, 2006, the Court entered a Final Order of Forfeiture As To Defendants **KENT DEWATER and VICTORIA DEWATER,** pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), and 846, based upon the defendants' guilty plea to Counts One, Two, Three and Four of the Indictment in this action, and their consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition in the Pensacola News Journal February 26, 2006, and March 5, 2006, and March 12, 2006, and of the intent of the United States to dispose of the real property in accordance with Title 21, United States Code, Section 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the real property.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN D. FLA.
PENSACOLA FLA.

06 JUN 28  AM 10: 10

FILED

AND WHEREAS, the United States provided actual notice of the forfeiture and planned disposition to Countrywide Home Loans, Inc, the mortgage holder on May 4, 2006 and to Santa Rosa County Tax Collector, on April 19, 2006.

AND WHEREAS, Countrywide Home Loans, Inc., filed an Affidavit of Indebtedness setting forth its lien interest in the subject real property.

AND WHEREAS, the United States recognizes that its forfeiture interest in the real property is subject and subordinate to the prior lien in favor of Countrywide Home Loans, Inc., with an outstanding balance of $129, 634.17 as of June 9, 2006, plus interest accruing thereafter at the rate of $19.33 per day, and costs and fees as provided in the Note and Mortgage, as set forth in the Affidavit of Indebtedness of Countrywide Home Loans, Inc. attached to the United States' Motion for Final Order of Forfeiture; and is also subject to any outstanding property taxes owed to Santa Rosa County, Florida.

AND WHEREAS, no other petitions have been filed in this action, and the time for filing petitions expired on April 11, 2006, thirty (30) days after the final publication on March 12, 2006, pursuant to Title 21, United States Code, Section 853(n).  Accordingly,

IT IS HEREBY ORDERED:

1. That the right, title and interest to all of the hereinafter described real property is hereby condemned, forfeited and vested in the United States of America.

2. That the real property which is subject to forfeiture in this Order is as follows:

Real property with record title in the name of **Kent E. Dewater and Vicky J. Dewater, a/k/a Victoria J. Dewater, husband and wife,** as described in Warranty Deed executed on November 26, 2003, and filed in the Official Records of Santa Rosa County, Florida, in Official Record Book 2235 at Page 500.  Said real property is further identified as all that tract or parcel of

land, together with its buildings, improvements, fixtures, attachments and easements, commonly known as **5100 Rowe Trail, Pace, Florida 32571,** and more particularly described as follows:

> Lot 1, Block A, Woodbine Springs Plantation, a subdivision of a portion of Sections 6 and 7, Township 1 North, Range 29 West, Santa Rosa County, Florida; as recorded in Plat Book "D", Page 16 of the public records of said County.
>
> SUBJECT TO all gas, oil and mineral reservations of record; all easements and rights of way of record; and the lien of all unpaid taxes and assessments.

3. That the real property is subject to a lien in favor of Countrywide Home Loans, Inc., with an outstanding balance of $129,634.17 as of June 9, 2006, plus interest accruing thereafter at the rate of $19.33 per day, plus costs and fees as provided in the Note and Mortgage.

4. That the real property also is subject to any outstanding property taxes owed to Santa Rosa County, Florida.

5. That no other person or entity has established that they have any legal right, title or interest in said real property forfeited to the United States of America by Order entered on February 13, 2006, and said forfeiture is now final.

6. That the United States Marshal shall dispose of said real property in accordance with law

IT IS SO ORDERED this **27th** day of June, 2006.

_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE