# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:05CR91 LAC

KENT DEWATER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on      MAY 5, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) and 28 U.S.C. § 2255
Filed by  DEFENDANT PRO SE       on 4/30/08       Doc.# 115

RESPONSES:
GOVERNMENT                          on 5/6/08        Doc.# 118
                                    on               Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)               Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 11th day of December, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant was sentenced for methamphetamine, not cocaine.*

                                               *s/L.A. Collier*
                                               ***LACEY A. COLLIER***
                                  ***Senior United States District Judge***

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.